

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00026-CV

| | | |
|---|---|---|
| JANE DOE, Appellant | § | On Appeal from the 342nd District Court |
| V. | § | of Tarrant County (342-313623-19) |
| | § | May 12, 2022 |
| CITY OF FORT WORTH, Appellee | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
      Chief Justice Bonnie Sudderth